**EDWARD MANGANO**
**County Executive**



**JOHN CIAMPOLI**
**County Attorney**

### COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY
**One West Street**
**Mineola, New York 11501-4820**
**516-571-3056**
**FAX:  516-571-3058**

March 30, 2012

**VIA ECF**
Judge Margo K. Brodie
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    *Martire v.  County of Nassau, et al*
                 09-CV-4426 (MKB)(GRB)

Dear Judge Brodie:

      This Office represents the defendants in the above- referenced matter.  We write at this time pursuant to the Electronic Order dated December 14, 2011 to advise the Court of the status of Officer Raymond.  I have been informed by Officer Raymond that he retired from the Nassau County Police Department, at the suggestion of his cardiologist, on March 22, 2012.

      I have also been informed by Officer Raymond that he is still undergoing treatment and further testing for a cardiac condition.  He is also receiving treatment for COPD inn connection with the clean-up efforts by law enforcement personnel after September 11th.  As a result, he continues to follow-up with his doctor on a bi-weekly basis for these conditions.

      As the Court was previously advised, Sgt. Ianucci has a fourteen (14) month son who suffers from a serious medical condition for which he received surgery out of state in January.  Thereafter, he and his wife stayed at Ronald McDonald House for approximately two months, having returned recently.  I have been informed by Sgt. Ianucci that his son must be seen in follow-up by his doctors out of state in both mid-May and again at the end of June to determine what the next step is in his treatment.

1

We therefore request that the Court permit our office to file a status report after Sgt. Ianucci's son has been seen by his medical team at the end of June.

Respectfully submitted,

_____/dcp/_____

Diane C. Petillo
Deputy County Attorney

cc: Law Offices of Frederick K. Brewington, Via ECF

2